## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 18-06720/EAG |
| | * | |
| JOSE LUIS ROSARIO PEREZ | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S REPLY TO TRUSTEE'S *MOTION TO DISMISS* DOCKET NO. 49 AND IN COMPLIANCE WITH ORDER, DOCKET NO. 51.**

TO THE HONORABLE COURT:

**NOW COMES, JOSE LUIS ROSARIO PEREZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss,* Docket No. 49, whereby the Trustee requests the Court to dismiss the present Chapter 13 case based on Plan arrears incurred by the Debtor, in the sum of $1,320.00, in the above captioned case.

2. On July 15, 2022, this Honorable Court issued an *ORDER*, Docket No. 51, whereby the Debtor is Ordered to reply within 30 days to the *Trustee's Motion to Dismiss* (Docket No. 49), which Order is due by August 12, 2022.

3. The Debtor hereby respectfully submits that on July 14, 2022, he made one (1) $880.00 payment to the Trustee, registered with the Trustee on July 21, 2022 additionally, on July 27, 2022, the Debtor made one (1) $440.00 payment to the Trustee confirmation number 945498053, for a total payment of $1,320.00, respectively, to cure all arrears in the confirmed Plan.

4. The Debtor respectfully submits that he is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to deny the *Trustee's Motion to Dismiss*, Docket no. 49, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing Reply to the *Trustee's Motion to Dismiss*, Docket No. 49, and in compliance with *Order* dated July 15, 2022, Docket No.51, in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using the CM/ECF filing system which will send notifications od such to the Chapter 13 Trustee and to all CM/ECF participants; I also certify that I have mailed by United States Postal Services copy of this motion to the following non-participant: the Debtor, Jose Luis Rosario Perez, RR36 Box 7524, San Juan PR 00926, in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 27th day of July, 2022.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR THE DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com