IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 18-06720/EAG |
| JOSE LUIS ROSARIO PEREZ | * |
| | * CHAPTER 13 |
| DEBTOR | |

## DEBTOR'S INFORMATIVE MOTION AND IN COMPLIANCE WITH *ENTRY OF ORDER*, DOCKET NO. 58

TO THE HONORABLE COURT:

**NOW COMES, JOSE LUIS ROSARIO PEREZ,** the Debtor, through the undersigned attorney, and very respectfully state and prays as follow:

1. The Chapter 13 Trustee filed a *Trustee's Request Entry of Order,* Docket No. 58, requesting the Court to Order the Debtor to provide copy of the Debtor's 2018, 2019, 2020 and 2021 tax returns.

2. On February 28, 2023, the Debtor requested (Docket No. 62), and the Court granted, *Order* (Docket No. 58) an *Extension of Time,* in the above captioned case. Order due by March 30, 2023.

3. The Debtor hereby respectfully informs this Honorable Court that on March 30, 2023, the Debtor submitted to the Chapter 13 Trustee (up-loaded to Trustee's system) a copy of the Debtor's 2018, 2019, 2020 and 2021 tax returns.

4. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in compliance with this Court's *Order,* Docket No. 58, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with this Court's *Order,* Docket No. 58, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor, Jose Luis Rosario Perez, to the address of record: RR 36 Box 7524, San Juan PR 00926.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of March, 2023.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO. 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com