IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE LUIS ROSARIO PEREZ<br><br>xx-xx-8033<br><br>Debtor(s) | CASE NO. 18-06720-EAG13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAY/31/2023 |

**O R D E R**

Debtor is to reply within fourteen (14) days to Trustee's position and objection to the motion requesting authorization to retain 2019 and 2020 tax refunds (docket #77). Order due by June 14, 2023.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of May, 2023.

Edward A. Godoy
United States Bankruptcy Judge