IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-06720-EAG13 |
|---|---|
| JOSE LUIS ROSARIO PEREZ | Chapter 13 |
| xx-xx-8033 | |
| Debtor(s) | FILED & ENTERED ON JUN/16/2023 |

ORDER

The motion for reconsideration filed by Puerto Rico's Administration for Child Support (ASUME) (docket #86) is hereby denied without prejudice for failure to comply with LBR 9013-1(c)(1).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of June, 2023.

Edward A. Godoy
United States Bankruptcy Judge